AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| WILBERT MARTINEZ-ROSAS, VICTOR OROZCO-CASTRO, AND ALEXANDER ERIZA, | ) Case No. 22-6554-Hunt ) ) ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 1-8, 2022__ in the county of __Broward__ in the __Southern__ District of __Florida and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841 and 846 | Conspiracy to Distribute Five Kilograms or More of Cocaine |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Thomas Moylan, Drug Enforcement Administration
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/9/2022

_____
Judge's signature

City and state: Fort Lauderdale, Florida

PATRICK M. HUNT, U.S. MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your affiant, Thomas Moylan, being duly sworn, deposes and states as follows:

### INTRODUCTION

1. I am a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2020. I am currently assigned to the DEA Miami Field Division, where I have been involved in investigations involving narcotics trafficking and money laundering. As a TFO with DEA, I have participated in the execution of numerous search and seizure warrants, resulting in the seizure of illegal controlled substances, packaging materials, firearms, and other tools of the drug trade. I also participated in debriefings of narcotics traffickers, cooperating individuals, and sources of information. Through these debriefings, I have become familiar with the terminology, code words, and brand names used by drug dealers. In addition, I have testified before grand juries, resulting in federal indictments. I also have experience assisting in investigations that involved money laundering, and international drug trafficking and conspiracy.

2. As a law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 21, and 46 of the United States Code.

3. I make this Affidavit in support of a criminal complaint charging Wilbert MARTINEZ-ROSAS, Victor OROZCO-CASTRO, and Alexander ERIZA and with conspiracy to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841 and 846.

4. I submit this Affidavit based on my personal knowledge, as well as information provided to me by other individuals, including other law enforcement officials, and my review of

records and other evidence obtained during the course of this investigation. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

## PROBABLE CAUSE

5. In or around November 2022, DEA Enforcement Group 13 (EG-13) received information from a confidential source ("CS") in relation to a drug trafficking organization distributing and transporting multi-kilogram level quantities of cocaine from Mexico into Florida. Subsequently, Law Enforcement received a telephone number utilized by the organization, (713) 281-3031, that would be utilized to coordinate a future drug transaction.

6. On or about December 1, 2022, an undercover operator (UC) initiated a Whatsapp messenger conversation with an individual, who was later identified as Wilbert MARTINEZ-ROSAS. During their conversation MARTINEZ-ROSAS sent photographs of purported kilograms of cocaine he had for sale at the time. Due to scheduling conflicts the transaction was postponed.

7. On or about December 5, 2022, law enforcement officers received a new telephone number, (386) 366-4028. The UC initiated a Whatsapp messenger conversation with MARTINEZ-ROSAS at that number. During their conversations, both parties agreed to meet on December 8, 2022, in the City of Fort Lauderdale, County of Broward, State of Florida, to conduct a narcotics transaction. MARTINEZ-ROSAS was to provide twelve kilograms of cocaine in exchange for $22,000 per kilogram.

8. On or about December 8, 2022, at approximately 9 p.m. MARTINEZ-ROSAS, ERIZA, and OROZCO-CASTRO arrived at 1940 Cordova Road, Fort Lauderdale, Florida. in a

2

2017 black Ford pickup truck, with a Texas license plate. The UC approached the occupants of the pickup truck. ERIZA exits the pickup truck and enters the UC's vehicle. ERIZA then advised the UC the narcotics were secured in a hidden compartment within the toolbox in the bed of the pickup truck. ERIZA also confirmed that they had brought twelve kilograms. The UC advised ERIZA that he/ she needed to go and retrieve a key fob so that the pickup truck could be moved to a secure area where the narcotics transaction could be completed. ERIZA agreed to wait for the UC to return and exited the UC vehicle. The UC left the area and law enforcement officers attempted contact with the three suspects. MARTINEZ-ROSAS and OROZCO-CASTRO were detained without incident. ERIZA fled the scene on foot. After a short foot chase, ERIZA was apprehended.

9. A Fort Lauderdale Police Department Narcotics K-9 responded to the scene and gave a positive alert for the presence of narcotics in the pickup truck. A subsequent search of the vehicle revealed one shrink-wrapped kilogram of suspected cocaine under a tool bag and eleven additional one-kilogram packages of suspected cocaine in a hidden compartment within the toolbox in the bed of the truck. A field test was conducted on one of kilogram-quantity packages from the toolbox and was positive for the presence of cocaine.

10. MARTINEZ-ROSAS was advised of his Miranda rights and verbally acknowledged understanding them. He went on to admit organizing and participating in the transportation and sale of the seized cocaine. He further stated that he was given a telephone in order to communicate with the UC. MARTINEZ-ROSAS stated that in exchange for conducting this transaction he would be paid $1,000 per kilogram sold. It should be noted that a test call was made to telephone number (386) 366-4028. As phone in MARTINEZ-ROSAS' possession began to ring. MARTINEZ-ROSAS advised it was the phone given to him to coordinate the narcotics

3

transaction.

11. OROZCO-CASTRO was advised of his Miranda rights, which he waived verbally. OROZCO-CASTRO advised he was recruited by MARTINEZ-ROSAS to assist in the transportation of, what he described as, "something illegal" from Texas to South Florida. OROZCO-CASTRO further stated that he would make $1,500 in exchange for driving.

12. ERIZA was advised of his Miranda rights, which he waived verbally and in writing. ERIZA admitted participating in the transportation and supervision of the sale of the narcotics. ERIZA advised he was MARTINEZ-ROSAS and OROZCO-CASTRO picked him up in Texas, in the black Ford pickup, and that the narcotics were already in the vehicle. ERIZA admitted that he was recruited by a Honduran national to oversee the transaction that was to take place in Fort Lauderdale, Florida.

**[Deliberately Left Blank]**

## CONCLUSION

13. Based upon the information provided above, there is probable cause to believe that Wilbert MARTINEZ-ROSAS, Victor ORZCO-CASTRO, and Alexander ERIZA, have committed violations Title 21, United States Code, Sections 841 and 846.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Respectfully submitted,

Thomas F. Moylan, Task Force Officer
Drug Enforcement Administration

Sworn to and subscribed before me on ___9th___ day of December 2022.

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

5